■ In the Matter of CHERYL R., a Person Alleged to be a Juvenile Delinquent, Appellant. [652 NYS2d 976] —Order, Family Court, New York County (Leah Marks, J.), entered on or about October 17, 1995, adjudicating appellant a juvenile delinquent, upon a factfinding determination that appellant committed acts which, if committed by an adult, would constitute criminal possession of a controlled substance in the third and fifth degrees, and placing her on probation for a period of 2 years, unanimously affirmed, without costs.

The expense report in question did not pertain to the subject matter of the witness's testimony, as it related to the charges

against appellant, and thus did not constitute *Rosario* material (*see, People v Bailey*, 200 AD2d 677, *lv denied* 83 NY2d 849). Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.